FILED

05/11/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: AC 17-0694

Amy Eddy
District Court Judge
920 South Main
Kalispell, MT 59901
(406) 758-5667

## IN THE ASBESTOS CLAIMS COURT OF THE STATE OF MONTANA

| IN RE ASBESTOS LITIGATION, | Cause No. AC-17-0694 |
|---|---|
| *Consolidated Cases*. | ORDER |

The Status Hearing currently set for Tuesday, May 12, 2020, at 1:30 p.m. is hereby VACATED and will be rescheduled at the Court's earliest convenience.

DONE and DATED this 8th day of May, 2020.

/s/ Amy Eddy

_____
Amy Eddy, Asbestos Claims Court Judge